■ In the Matter of MARTIN POMERANCE, an Attorney.—Petition granted and respondent Martin Pomerance disbarred as indicated in the order of this court. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JOEL CLAYMAN.—Motion for leave to appeal as a poor person denied, with leave to renew upon a more detailed showing of indigency, as indicated in the order of this court. Defendant's appeal from the original judgment rendered June 14, 1979 is, *sua sponte,* dismissed, since a timely notice of appeal has been filed from the judgment of resentence pursuant to section 60.09 of the Penal Law. Concur —Kupferman, J. P., Fein, Markewich and Silverman, JJ.

■ In the Matter of SUSAN BRENNER v WILLIAM A. BRENNER.—Motion for stay denied in all respects. This court, *sua sponte,* dismisses the appeals from the decision of the Family Court, dated April 14, 1976, and the order and decision of that court entered August 23, 1976 in view of the order of this court entered on May 26, 1977, and, further, dismisses, *sua sponte,* the appeals from the orders of this court entered on July 19, 1979 and August 16, 1979, as nonappealable. The appeal from the order of this court entered on May 26, 1977, is, *sua sponte,* dismissed, with leave to appellant, if so advised, to move for leave to appeal to the Court of Appeals. Appellant's time within which to perfect ʰis appeals from the orders of Family Court entered on April 4, 1979, June 22, 1979, and August 13, 1979, is enlarged to the November 1980 Term. Upon appellant's failure to so perfect the appeals, said appeals are dismissed. Concur—Kupferman, J. P., Sullivan, Lupiano, Bloom and Carro, JJ.

## (July 10, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BROWN, Appellant.—Judgment, Supreme Court, New York County, rendered on December 4, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENZO BIGI, Appellant.—Judgment, Supreme Court, New York County, rendered on October 12, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Fein, Sullivan and Lynch, JJ.